UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH HALDEMAN,

    Plaintiff,

v.

SHIN-ETSU HANDOTAI AMERICA, INC., and DOES 1 - 10, inclusive,

    Defendants.

Case No.  05-5713 KLS

ORDER DIRECTING ACTION BY PLAINTIFF'S ATTORNEY

This matter is before the undersigned based on the consent of the parties.  No trial date has yet been set in light of the fact that the plaintiff's attorney has filed a Motion to Withdraw.  This motion, however, does not comply with the rules.  The court is, therefore, directing the attorney to properly note the motion in accordance with GR 2(f)(4)(A) and to include a certification that the motion was served on the plaintiff as well as opposing counsel and is further directing that these steps be accomplished no later than **March 17, 2006.**  Failure to comply may result in denial of the motion to withdraw.

DATED this 27th day of February, 2006.

    /s/ Karen L. Strombom
Karen L. Strombom
U.S. Magistrate Judge

Order Directing Action by Plaintiff's Attorney
Page - 1